United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 13, 2013
Docket #: 12-3703cv
Short Title: Carione v. United States of America

DC Docket #: 03-cv-4024
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Hurley
Orenstein

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8560.